UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AILIN YULETH HERNANDEZ-ANDRES,

Petitioner,

v.

Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; Todd BLANCHE, U.S. Attorney General; Gregory J. ARCHAMBEAULT, Director, San Diego Field Office, IMMIGRATION AND CUSTOMS ENFORCEMENT, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; US DEPARTMENT OF HOMELAND SECURITY; Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center, *in their official capacities*,

Respondents.

Case No.: 3:26-cv-3826-JES-JLB

**ORDER FOR BOND HEARING**

**[ECF No. 1]**

Before the Court is Petitioner Ailin Yuleth Hernandez-Andres' ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In their return, Respondents acknowledge that prior orders from this district have directed bond hearings

1

in similar cases and that Respondents do not oppose a bond hearing. *Id.* Petitioner did not file a traverse.

Accordingly, the Court **GRANTS** the petition as follows:

(1)   The Court **ORDERS** the government to provide Petitioner (noncitizen) with a bond determination hearing under 8 U.S.C. § 1226(a) within **fourteen days** of this Order, unless the noncitizen requests a continuance. At the hearing, the government must provide the noncitizen with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny the noncitizen bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)   The government is **ORDERED** to File a Notice of Compliance within **five days** of providing the noncitizen with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

Pending the status report, the Court will hold in abeyance the merits of the remainder of claims Petitioner brings in her petition.

**IT IS SO ORDERED.**

Dated: July 15, 2026

Honorable James E. Simmons Jr.
United States District Judge