UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AILIN YULETH HERNANDEZ-ANDRES,

Petitioner,

v.

Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; Todd BLANCHE, U.S. Attorney General; Gregory J. ARCHAMBEAULT, Director, San Diego Field Office, IMMIGRATION AND CUSTOMS ENFORCEMENT, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; US DEPARTMENT OF HOMELAND SECURITY; Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center, *in their official capacities*,

Respondents.

Case No.: 3:26-cv-3826-JES-JLB

**ORDER TO CLOSE CASE**

On July 15, 2026, the Court ordered Respondents to provide Petitioner Ailin Yuleth Hernandez-Andres a bond hearing, holding in abeyance her other claims pending her possible continued detention. ECF No. 5. Respondents filed a notice of compliance with that order on July 23, 2026, stating that Petitioner has been granted bond and released from

1

immigration detention. ECF No. 6. As Petitioner has been granted release on bond, the Court directs the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

Dated: July 24, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-3826-JES-JLB